## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.    ) | Crim. No. 19 - 315  (ESH) |
| ) | |
| ) | |
| DESHAWN HOOD    ) | |
| ) | |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
### AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

COMES NOW undersigned counsel for defendant, and moves this Court for leave to withdraw as counsel.   As grounds for this motion, counsel submits the following:

1.  On or about September 16, 2019, the defendant was arrested and charged with unlawful possession of a firearm in violation of 18 U.S.C. § 922(g).  On September 17, 2019, the defendant appeared before Magistrate Judge Merriweather; was advised of the charges; and was held pending a preliminary hearing / detention hearing and on a 10 day hold.   Undersigned counsel, who was out of town, was contacted and asked to represent the defendant because of counsel's prior representation of the defendant.  The duty attorney for the Federal Defender's Office stood in for counsel during the presentment.

2.  Thereafter, undersigned counsel represented the defendant at the detention hearing on September 19th, and at the initial status hearing before Your Honor on September 23rd, and at the continuation of the detention hearing before the Magistrate Judge on September 27th.  There is a currently a status hearing scheduled before this Court on October 16, 2019.

3. However, recently there has been a significant breakdown in the attorney-client relationship. Defendant has expressed his distrust of counsel, and of counsel's representation and advice. More importantly, counsel became aware that the defendant's lack of trust seems to have its origins in counsel's representation of the defendant in Case No. 15-046. Defendant made assertions that were tantamount to allegations of ineffective assistance of counsel during counsel's representation of the defendant in the 2015 case. As a result, a significant conflict has developed in the attorney-client relationship which now requires counsel to move to withdraw and to request the appointment of substitute counsel.   See, L.Cr.R 44.5.

4. This morning undersigned counsel received a message from the defendant asking that counsel file a motion to request appointment of new counsel. Thus it is evident that the breakdown in trust is irreconcilable, and that the appointment of new counsel is necessary, appropriate, and in the interest of justice.

5. A copy of this motion is being mailed to the defendant and a copy will be hand-delivered to the defendant prior to the upcoming status hearing.

WHEREFORE, for the foregoing reasons, undersigned counsel requests that this Court grant his motion for leave to withdraw and for the appointment of substitute counsel.

Respectfully submitted,

/s/
Howard B. Katzoff (Bar # 348292)
717 D Street, N.W., Suite 310
Washington, D.C. 20004
(202) 783-6414
katzoffh@aol.com
Counsel for Deshawn Hood

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing motion has been filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record and is being mailed to the defendant, Deshawn Hood, 1901 D Street, S.E., Washington, D.C. 20003, this __15th__ day of October, 2019, and a copy will be hand delivered to the defendant prior to the status hearing on October 16, 2019.

 

                                                                 /s/
                                              Howard B. Katzoff